UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE RICO,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN GONZALEZ, *et al.*,<br><br>  Defendants. | Case No. 2:24-cv-1975-TLN-JDP (PS)<br><br>ORDER |

Plaintiff, proceeding without counsel, has filed a motion asking this court to unseal records filed in a state court criminal case. ECF No. 7. Plaintiff neither explains how the records relate to the instant civil action, nor does he provide any authority suggesting that this court has the power to grant the requested relief. In any event, plaintiff's attempt to unseal documents filed in state court is more appropriately addressed by asking the state court to unseal the specific records. *See Casler v. Bressler*, 221 F. App'x 553, 554 (9th Cir. 2007).

Accordingly, plaintiff motion to unseal state court records, ECF No. 7, is DENIED.

IT IS SO ORDERED.

Dated:   April 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1