UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE RICO, | Case No.  2:24-cv-1975-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| STEVEN GONZALEZ, *et al.*, | |
| Defendants. | |

Plaintiff, proceeding without counsel, has filed his second motion asking this court to unseal records filed in a state court criminal case.  ECF No. 13.  As with his prior motion, the instant motion neither explains how the records relate to this action nor provides any authority suggesting that this court has the authority to grant the requested relief.  More fundamentally, and as previously explained to plaintiff, such an attempt to unseal documents filed in state court is more appropriately addressed by asking the state court to unseal the specific records.  *See Casler v. Bressler*, 221 F. App'x 553, 554 (9th Cir. 2007).

1

Accordingly, plaintiff motion to unseal state court records, ECF No. 13, is DENIED.

IT IS SO ORDERED.

Dated:    February 17, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE