UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHNIE RICO,

Plaintiff,

v.

STEVEN GONZALEZ, et al.,

Defendant.

No. 2:24-cv-1975-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 7, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on July 16, 2026, and Defendants filed a response on July 24, 2026. (ECF Nos. 44, 46.) Both were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 2, 2026 (ECF No. 43) are ADOPTED in full;

2. Defendants' motion to dismiss (ECF No. 28) is GRANTED;

3. Plaintiff's complaint (ECF No. 1) is DISMISSED without leave to amend;

4. Plaintiff's motion to file civil rights reports (ECF No. 31) is DENIED as moot;

5. Plaintiff's motions for default judgment (ECF Nos. 20, 38) are DENIED;

6. Plaintiff's motion to disqualify Judge Peterson (ECF No. 45) is DENIED; and

7. The Clerk of Court is directed to enter judgment accordingly and close this action.

IT IS SO ORDERED.

DATED: August 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE